IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CR-154-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EARL LAWRENCE WELDON ) | |

Before the Court is a motion to seal filed by Defendant Earl Weldon. The Court finds that the documents subject to the motion to seal reflect confidential, sensitive medical and mental health matters. The Court finds there is a compelling interest in the protection of such materials, and there is no less restrictive alternative to sealing in this circumstance.

NOW, THEREFORE, the motion is GRANTED, and the documents at Docket Entry 60 (including all attachments and exhibits) shall remain sealed pending further order of the Court.

SO ORDERED this __1__ day of December, 2025.

James C. Dever III